CLOSED,HABEAS,Transferred_Out_District

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:19−cv−02836

Shrader v. Davis DO NOT DOCKET – CASE TRANSFERRED OUT  
Assigned to: Judge Ewing Werlein, Jr  
Case in other court:  Texas Western, 6:19−cv−00439  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 08/01/2019  
Date Terminated: 08/14/2019  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Mark Lynn Shrader**  represented by  **Mark Lynn Shrader**  
#2115368  
Telford Unit  
3899 Hwy. 98  
New Boston, TX 75570  
PRO SE

V.

**Respondent**

**Lorie Davis−Director TDCJ−CID**  represented by  **Edward Larry Marshall**  
Office of the Attorney General  
PO Box 12548  
Austin, TX 78711  
512−936−1400  
Fax: 512−320−8132  
Email: edward.marshall@oag.texas.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/22/2019 | Ï 1 | Petition for Writ of Habeas Corpus filed by Mark Lynn Shrader.(bw) (Entered: 07/24/2019) |
| 07/29/2019 | Ï 2 | Case Opening Letter. (Attachments: # 1 Privacy Policy)(bw) (Entered: 07/29/2019) |
| 07/31/2019 | Ï 3 | TRANSFER ORDER. It is therefore ORDERED that the above−referenced case is TRANSFERRED to theHouston Division of the Southern District of Texas. Signed by Judge Alan D Albright. (am) (Entered: 07/31/2019) |
| 07/31/2019 | Ï | Case transferred to District of Southern District of Texas, Houston Division. (am) (Entered: 07/31/2019) |
| 08/01/2019 | Ï 4 | Case transferred in from Texas Western. Case Number 6:19−cv−00439; certified copy of transfer order, certified docket sheet, and transfer letter received (Entered: 08/01/2019) |
| 08/01/2019 | Ï 5 | NOTICE to Pro Se Litigant of Case Opening. Party notified, filed. (SarahShelby, 4) (Entered: 08/01/2019) |
| 08/14/2019 | Ï 6 | |

|            |   |   |
|------------|---|---|
|            |   | ORDER TO TRANSFER CASE to EDTX – Texarkana Division (Signed by Judge Ewing Werlein, Jr) Parties notified.(LoriPurifoy, 4) (Entered: 08/14/2019) |
| 08/14/2019 | Ï | Interdistrict transfer to EDTX – Texarkana Division. Case transferred electronically. Case terminated on 8/14/2019, filed. (LoriPurifoy, 4) (Entered: 08/14/2019) |